UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON DAVID HART,<br>Petitioner,<br>v.<br>UNITED STATES OF AMERICA,<br>Respondent. | Civ. Action No. 05-1463 (CKK)<br>Crim. Action No. 01-198 |

FILED
JUN - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**MEMORANDUM OPINION**
(June 2, 2008)

Currently before the Court is Petitioner Jason David Hart's [37] Motion to Reconsider the Court's January 18, 2006 Order granting the Government's Motion to Dismiss his habeas petition brought under 28 U.S.C. § 2255. Petitioner argues that the Court should not have dismissed his habeas petition–and that his sentence was improper–because the Supreme Court made the Federal Sentencing Guidelines advisory in *United States v. Booker*, 543 U.S. 220 (2005). Petitioner was sentenced on January 23, 2002, whereas *Booker* was not decided by the Supreme Court until January 12, 2005. The D.C. Circuit has held that *Booker* may not be applied retroactively. *See In re Fashina*, 486 F.3d 1300, 1306 (D.C. Cir. 2007) ("[w]e . . . conclude, as have all our sister circuits, [that] *Booker* does not meet the criteria for retroactive application"); *In re Zambrano*, 433 F.3d 886, 889 (D.C. Cir. 2006) ("we conclude that *Booker* is not a new rule of constitutional law 'made retroactive to cases on collateral review by the Supreme Court'") (quoting 28 U.S.C. § 2255). Accordingly, the Court shall deny Petitioner's [37] Motion for Reconsideration. An appropriate order accompanies this memorandum opinion.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

