UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON HART,<br><br>Defendant. | Crim. Action No. 01-198  (CKK)<br><br>**FILED**<br>JUN 1 0 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

This matter comes before the Court upon the receipt of a Report and Recommendation dated May 7, 2008, from Magistrate Judge Deborah A. Robinson, that recommends revoking Defendant's supervised release. No objections to the Magistrate Judge's Report and Recommendation have been received by the Court.

Accordingly, it is this 10 day of June, 2008,

**ORDERED** that the Report and Recommendation is hereby ADOPTED; it is

**FURTHER ORDERED** that Defendant's supervised release is revoked; and it is

**FURTHER ORDERED** that the case has been scheduled for Re-sentencing on Monday, June 16, 2008, at 2:30 p.m. in Courtroom 28A, 6th Floor of the Annex.

　　　　　　　　　　　　　　　　　　　　　　／s／ COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
David Bos, AFPD
Debra Long-Doyle, AUSA
Renee Donoho, U.S. Probation Officer